1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

HERNAN SANCHEZ HERNANDEZ,    )    NO. CV 15-1374-PSG (AS)
11                               )
                  Petitioner,   )
12                               )
          v.                     )         **JUDGMENT**
13                               )
JOHN SOTO, Warden,              )
14                               )
                  Respondent.    )
15                               )
                                 )
16

17
     Pursuant to the Order Accepting Findings, Conclusions and
18
Recommendations of United States Magistrate Judge,
19

20
     IT IS ADJUDGED that the Petition is denied and dismissed with
21
prejudice.
22

23
          DATED:  September 17, 2015.
24

25

26

27           _____
                  PHILIP  S. GUTIERREZ
                UNITED STATES DISTRICT JUDGE
28